**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1792**

---

CAROLYN E. O'CONNOR,

                                    Plaintiff - Appellant,

        versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CARI
M. DOMINGUEZ, Chairwoman of the Equal
Opportunity Commission, individually and as a
federal employee,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:06-cv-00329-JRS)

---

Submitted: November 21, 2006           Decided:  November 28, 2006

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Carolyn E. O'Connor, Appellant Pro Se.  Jonathan Holland Hambrick,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing her civil action against the Equal Employment Opportunity Commission and its Chairwoman for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See O'Connor v. EEOC, No. 3:06-cv-00329-JRS (E.D. Va. June 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED